# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FT. MYERS DIVISION

UNITED STATES OF AMERICA

-vs-

REGINALD L. CRAWFORD, a/k/a
SHAMSUD-DIN WAHEED SIRAJ

Case Number: 2:93-cr-102-FtM-29DNF

USM Number: 14012-018

Thomas Ostrander, CJA
2701 Manatee Ave W.
Bradenton, FL 34205

## JUDGMENT IN A CRIMINAL CASE
### For Revocation of Probation or Supervised Release

The defendant admitted guilt to violation charge number One of the term of supervision. The defendant is adjudicated guilty of these violation charge numbers:

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| One | New criminal conduct: Possession with Intent to Distribute Five (5) Grams or More of Cocaine Base/Crack Cocaine, while on supervision in violation of the conditions of supervision | February 21, 2008 |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**Violation Charge No. Two dismissed on motion of the United States.**

**IT IS ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence:

2/23/2009

JOHN E. STEELE
UNITED STATES DISTRICT JUDGE

February 24, 2009

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **30 Months to be served concurrently with the term of imprisonment in U.S. District Court, Middle District of Florida, Fort Myers Division, Case No. 2:08-cr-32-FtM-29SPC.**

**The defendant is remanded to the custody of the United States Marshal.**

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By:_____
Deputy U.S. Marshal

## SUPERVISED RELEASE REVOKED AND NOT REIMPOSED